IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VERIZON VIRGINIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE FISHEL COMPANY, <br><br> Defendant. | Civil Action No.: 1:13-cv-00722-LO-TRJ |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the application of the parties in the above-captioned action for entry of an order of dismissal with prejudice pursuant to the Federal Rules of Civil Procedure because Plaintiff and Defendant have compromised and settled all of Plaintiff's claims.

It is therefore, **ORDERED, ADJUDGED and DECREED** that:

All claims, affirmative defenses and causes of action which plaintiff has, had or may have against defendant in this action, arising out of or relating in any way to any of the alleged matters, transactions, representations, actions, omissions to act that were asserted or could have been asserted by plaintiff against any defendant in this action are dismissed with prejudice; and

The parties shall bear all of their own costs and attorneys' fees incurred in this action.

SO ORDERED.

Entered: _____
Liam O'Grady
U.S. District Judge

Dated: 12/30/13

Agreed:

*[signature]*

Robert E. Scully (VSB # 19218)
Michael K. Kim (VSB # 82922)
STITES & HARBISON, PLLC
1199 North Fairfax Street, Suite 900
Alexandria, Virginia 22314
rscully@stites.com
mkim@stites.com
(703) 739-4900 Telephone
(703) 739-9577 Facsimile

and

Ian T. Ramsey (admitted pro hac vice)
STITES & HARBISON, PLLC
400 W. Market Street, Suite 1800
Louisville, KY 40202
iramsey@stites.com
Telephone: (502) 587-3400
Facsimile: (502) 587-6391

*Counsel for Defendant, The Fishel Company*

**Agreed:**

_____
Brian D. Lytle (VSB # 24036)
LYTLE LAW, PC
11801 Canon Boulevard, Suite 200
Newport News, Virginia 23606
(757) 595-5655 Telephone
(757) 595-4262 Fax
bdlytle@lytlelaw.com

and

Thomas Brady Shuttleworth, II (VSB # 13330)
Charles Barnet Lustig (VSB # 29442)
Shuttleworth, Ruloff, Swain, Haddad & Morecock
4525 South Boulevard, Suite 300
Virginia Beach, VA 23452
(757) 671-6000 Telephone
(757) 671-6004 Fax
tshuttleworth@srgslaw.com
clustig@srgslaw.com

*Counsel for Plaintiff, Verizon Virginia, LLC*